UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STANISLAV ANDREEVISH VLADICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>Defendant. | CASE NO. C09-5420 BHS-JRC<br><br>ORDER AMENDING THE BRIEFING SCHEDULE |

Based on Defendant's Motion (Doc. 16) and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

Defendant shall have up to and including January 21, 2010 to file Defendant's responsive brief;

Plaintiff shall have up to and including February 4, 2010, to file an optional reply brief; and

Oral argument, if desired, shall be requested by February 11, 2010.

DATED this 17th day of December, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER [C09-5420BHS-JRC] - 1