UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| STANISLAV ANDREEVISH VLADICA, | Civil No. 3:09-CV-5420-BHS-JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the motion by Defendant, with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

• Defendant shall have up to and including February 4, 2010, to file Defendant's response to Plaintiff's Opening Brief;

• Plaintiff shall have to and including February 18, 2010, to file an optional Reply Brief; and

• Oral argument, if desired, shall be requested by February 25, 2010.

DATED this 22nd day of January 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:09-CV-5420-BHS-JRC]