UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STANISLAV ANDREEVISH VLADICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 3:09-CV-5420-BHS-JRC<br><br><br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order dated February 8, 2010.

DATED this 10th day of February, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

JUDGMENT - [3:09-CV-5420-BHS-JRC]