# United States District Court
WESTERN DISTRICT OF WASHINGTON

STANISLAV ANDREEVISH VLADICA

    v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5420BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    Plaintiff is awarded attorney fees in the amount of $2,973.02, pursuant to 28 U.S.C. § 2412(d), and costs in the amount of $350.00, as set out at 28 U.S.C. § 1920, which are to be made payable to Plaintiff's attorney.

| April 5, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |